## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CHARLES POSSA, IV.**                                              **CIVIL ACTION**

**VERSUS**                                                          **NO. 17-1406-JWD-SDJ**

**ALLSTATE INSURANCE COMPANY**

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on September 28, 2020.

**SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CHARLES POSSA, IV**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                       **NO. 17-1406-JWD-SDJ**

**ALLSTATE INSURANCE COMPANY**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON

This Report and Recommendation is issued *sua sponte*. This matter is before the court on Plaintiff's Complaint (R. Doc. 1) against Allstate Insurance Company, filed on October 26, 2017. A review of the record indicates that Plaintiff's counsel filed a motion to withdraw from the case on July 13, 2020 (R. Doc. 17), which motion was granted on July 14, 2020 (R. Doc. 18). The Court subsequently set a Telephone Conference for August 4, 2020, for which Plaintiff failed to show (R. Doc. 21). Following Plaintiff's failure to participate in the Telephone Conference, on August 4, 2020, the Court issued an Order to Show Cause (R. Doc. 22) instructing Plaintiff to show cause "why sanctions should not be imposed or a recommendation of dismissal be issued for his failure to participate in a telephone status conference as ordered."[1] Plaintiff also was advised that failure to do so may result in a recommendation of dismissal of the Complaint.[2] The deadline for Plaintiff to respond, in writing, was August 25, 2020.[3] No action has been taken by Plaintiff.

As of the current date, Plaintiff has failed to take any steps to prosecute this case. Plaintiff also has disregarded the Court's Order to Show Cause.

---

[1] R. Doc. 22.
[2] *Id.*
[3] *Id.*

For the foregoing reasons, **IT IS RECOMMENDED** that Plaintiff's claims against defendant Allstate Insurance Company be **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on September 28, 2020.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**